IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

E TRUCKING AND SERVICES INC.,
      *Plaintiff*,

v.

ACCESS DEMOLITION CONTRACTING, INC.,
      *Defendant*.

1:23-cv-932-MSN-JFA

### ORDER

This matter comes before the Court upon the Proposed Findings of Fact and Recommendations issued by Magistrate Judge John F. Anderson on October 13, 2023 (Dkt. 14) ("Recommendation").[1] Having reviewed the record and Judge Anderson's Recommendation, and finding good cause to do so, the Court will adopt the Recommendation. Accordingly, it is hereby

**ORDERED** that Recommendation is **APPROVED** and **ADOPTED** in full; it is further

**ORDERED** that Plaintiff's Motion for Default Judgment (Dkt. 11) is **GRANTED**; it is further

**ORDERED** that judgment by default in the total sum of **$259,384.85** ($205,150.00 in monetary damages + $12,146.17 in interest up to filing of complaint + $8,893.26 in pre-judgment interest since the date of filing + attorney's fees of $32,594.42 + costs of $601.00) is entered against Defendant in Plaintiff's favor.

The Clerk is directed to enter judgment as set forth above pursuant to Rule 55 of the Federal Rules of Civil Procedure.

**SO ORDERED**.

---

[1] Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline to submit any objections to Judge Anderson's Recommendation was October 27, 2023. Because no such objections have been filed, the Court embraces Judge Anderson's analysis without reservation.

/s/
Michael S. Nachmanoff
United States District Judge

November 21, 2023
Alexandria, Virginia